IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
AT PORTLAND

ROBERT ALEXANDER GRIMSLEY
Pltf,

vs.

NIKE, INC.;

AMAZON.COM, INC.; MICROSOFT, INC.; DARIGOLD, INC.; FACEBOOK, INC.; META CORP; NVIDIA, INC.; SATELLITE INDUSTRIES, INC.; BEST POTS INC.; TD AMERITRADE, INC.; APPLE, INC.; C. FHUERE; C. WAGNER; E. REYES; HEIDI STEWARD; BETHANY SMITH; T. WELSH; JOHN & JANE DOES (ALL SHAREHOLDERS, BROKERS, STAKEHOLDERS, AIDERS, ABETTORS, PROFITERS, PARTICIPANTS & CONDUCTORS TO THE RICO; DIRECTLY AND INDIRECTLY.); ELLEN ROSENBLUM; TINA KOTEK; CITY OF SALEM, OR.; COUNTY OF MARION, OR.

DEFENDANTS.

Civil Action No. 6:25-cv-184 AA

CIVIL RICO COMPLAINT

***JURY TRIAL DEMANDED***

1. THIS IS A CIVIL ACTION AUTHORIZED BY 18 U.S.C. § 1964 TO REDRESS THE INJURIES TO BUSINESS & PROPERTY & CONSTITUTIONAL VIOLATIONS (§ 1983) SUSTAINED FROM 1962 PROHIBITED ACTIVITIES IN A RICO CONSPIRACY. ID. 1962(d).

2. THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON IS AN APPROPRIATE VENUE UNDER 18 U.S.C. § 1965, WHICH MAY BE INSTITUTED AGAINST "ANY PERSON... FOR ANY DISTRICT WHICH SUCH PERSON RESIDES, IS FOUND, HAS AN AGENT, OR TRANSACTS HIS AFFAIRS[.]" ID. § 1965. VENUE APPLICATION UNDER TITLE 28 DOES NOT APPLY TO RICO. SEE 28 U.S.C. § 1391(a).

3. PLAINTIFF HAS BEEN KIDNAPPED AND TRAFFICKED BY DEFENDANTS' ENTERPRISE SINCE 2018 UNDER THESE CIRCUMSTANCES: A SIMULATION OF LAWFUL INCARCERATION OR DETAINMENT — INCLUDING SIMULATED ARRESTS. IN APRIL OF 2018 ASSOCIATES TIM WELSH, BETHANY SMITH, & HEIDI STEWARD INPUTTED PLTF AS AN ADULT IN CUSTODY ("AIC") DATA TEXT & OBJECT ON THE ENTERPRISES INFORMATION SYSTEM SOFTWARE THATS COMMUNICATED OVER A WIDE AREA NETWORK (WAN), WHICH DIRECTS AND COORDINATES FRONTLINE ASSOCIATES TO USE LETHAL FORCE (AGAINST PLTF) AT FACILITIES WITHIN THE ORGANIZATION. THESE PREDICATE ACTS BY ABOVE-NAMED ASSOCIATES ARE IN FURTHERANCE OF DEFENDANTS' ENTERPRISE, WHICH WORKS COHESIVELY TO PROFIT & PROVIDE LOGISTICAL SUPPORT IN THE FACILITATION OF THE LONG-TERM KIDNAPPING OF PL'S CORPUS WITH THE DISTRIBUTION OF THEIR PRODUCTS & SERVICES INTO THE MANSTEALING FACILITIES AND/OR SCHEME EXECUTION THEREOF.

4. AS A RESULT OF DEFENDANTS' RACKETEERING, PLTF HAD A VEHICLE REPOSSESSED AND HAS BEEN UNABLE TO SEEK GAINFUL EMPLOYMENT WHILE KIDNAPPED; PLTF IS PHYSICALLY AND PSYCHOLOGICALLY UNDEVELOPED DUE TO LACK OF STIMULUS TO THE SENSES/LIFE EXPERIENCES; PLTF HAS PTSD FROM THE LONG-TERM KIDNAPPING & BEATINGS BY ASSOCIATES OF DEFENDANTS' ENTERPRISE, CHRONIC COVID FROM SARS AT THEIR MANSTEALING FACILITIES, AND IS PHYSICALLY & MENTALLY DISABLED — UNABLE TO FUNCTION IN MODERN SOCIETY. PL'S CONSTITUTIONAL RIGHTS WERE VIOLATED WITH DECEIT AND ACTUAL MALICE BY DEFENDANTS' SIMULATION TO CONCEAL & DISGUISE THEIR 1962 PROHIBITED ACTIVITIES; NAMELY, PL'S 1ST, 4TH, 8TH, 13TH, 14TH CONST. AMENDMENTS, INCLUDING THE VIOLATION OF PL'S REPRODUCTIVE RIGHTS BY RESTRICTING HIS REPRODUCTIVE ACT (SEX) WITH WOMEN DURING CAPTIVITY, AND THE STRIPPING OF PL'S IDENTITY AS A FATHER TO HIS CHILDREN SECURED UNDER THE 14TH.

THEREFORE, PLAINTIFF DEMANDS JUDGMENT AGAINST DEFENDANTS' ENTERPRISE FOR $10 TRN, PLUS COSTS.

## IRREPARABLE INJURY

WITHOUT IMMEDIATE HELP FROM THE COURT IN ACCORDANCE WITH RULE 65 — GIVEN THE FACTS STATED IN THIS VERIFIED COMPLAINT — AND ITS AUTHORITY GRANTED UNDER RICO TO PREVENT & RESTRAIN 1962 ACTIVITY; THE PLAINTIFF WILL REMAIN KIDNAPPED AND TRAFFICKED BY DEFENDANTS' ENTERPRISE. HE CURRENTLY IS KEPT IN A CELL AT THE ORGANIZATIONS INFAMOUS DEATH ROW BUILDING THATS CONDEMED: FIRE HAZARD, BROKEN CELL DOORS, ELECTRICAL & PLUMBING PROBLEMS: BLACKOUTS, FECAL MATTER FLOODS, NO RUNNING WATER FOR 44 HOURS ON 12/28 - 12/30 (2024).

## VERIFICATION

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FACTS PLEADED IN THIS COMPLAINT ARE TRUE & CORRECT.

EXECUTED IN SALEM, OREGON ON JANUARY 22ND, 2025.

*Robert Grimsley*

DATED: 1/22/25

RESPECTFULLY SUBMITTED,

*Robert Grimsley*
ROBERT A. GRIMSLEY
PRO SÉ

## SERVICE

I, ROBERT GRIMSLEY, CERTIFY THAT ON DATE 1-28-25, I MAILED THIS VERIFIED COMPLAINT THROUGH THE FRONTLINE ASSOCIATES OF DEFENDANTS' MANSTEALING ENTERPRISE INTO THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF OREGON — AT PORTLAND. ADDRESSED TO: CLERK OF COURT, U.S. DISTRICT COURT, 1000 SW 3RD AVE #740, PORTLAND OR. 97204.

UNDER PENALTY OF PERJURY,
*Robert Grimsley* 1-28-25

**Oregon Department of Corrections - Mail**
Institution __OSP__    SID __2108909 1__
Name __ROBERT GRIMSLEY__
Address __2605 STATE ST.__
City __SALEM__    State __OR__   Zip __97310__

PORTLAND OR RPDC 972

30 JAN 2025  PM 5  L



CLERK OF COURT
UNITED STATES DISTRICT COURT
1000 SW 3RD AVE #740
PORTLAND, OR. 97204

**NOTICE**
ODOC MAIL RULE HAS CHANGED
https://www.oregon.gov/DOC

9720482937 C002